**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

NATIONAL TREASURY EMPLOYEES
UNION (NTEU),
                    *Petitioner,*

            v.

FEDERAL LABOR RELATIONS
AUTHORITY,
                    *Respondent,*

            and

UNITED STATES CUSTOMS AND
BORDER PROTECTION, UNITED
STATES DEPARTMENT OF HOMELAND
SECURITY,
                    *Intervenor.*

No. 05-76783

FLRA Nos.
SF-CA-02-0003
SF-CA-02-0060
SF-CA-03-0183

OPINION

On Petition for Review of an Order of the
Federal Labor Relations Authority

Argued and Submitted
December 5, 2007—San Francisco, California

Filed December 19, 2007

Before: Alex Kozinski, Chief Judge, Robert E. Cowen* and
Michael Daly Hawkins, Circuit Judges.

Per Curiam Opinion

---

*The Honorable Robert E. Cowen, Senior United States Circuit Judge
for the Third Circuit, sitting by designation.

16551

**COUNSEL**

Robert H. Shriver, III; Gregory O'Duden, General Counsel; Elaine Kaplan, Senior Deputy General Counsel; Larry J. Adkins, Deputy General Counsel; Julie M. Wilson, Assistant Counsel, National Treasury Employees Union, Washington, DC, for the petitioner.

James F. Blandford; William R. Tobey, Acting Solicitor, Federal Labor Relations Authority, Washington, DC, for the respondent.

Howard S. Scher; Peter D. Keisler, Assistant Attorney General; William Kanter, Department of Justice, Civil Division, Appellate Staff, Washington, DC; James N. DeStefano, Associate Chief Counsel; David Goldfarb, Assistant Chief Counsel; Caroline M. Blessey, Assistant Chief Counsel, United States Customs and Border Protection, United States Department of Homeland Security, Washington, DC, for the intervenor.

**OPINION**

PER CURIAM:

We deny the petition for review for the reasons given by the D.C. Circuit in *National Treasury Employees Union* v.

*Federal Labor Relations Authority*, 453 F.3d 506, 511-12 (D.C. Cir. 2006), whose rationale we adopt as our own.

**PETITION DENIED.**